*Seymour L. Colin, Arthur L. Obre, Robert R. Bauman* and *George A. Grabow* for appellant.

*John J. Bennett, Corporation Counsel* (*Aaron B. Coleman* and *Joseph F. Mulqueen, Jr.,* of counsel), for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that the evidence presented the following questions of fact for the jury: whether the defendant was negligent in failing (a) to keep the viaduct sanded, (b) to post a sign warning drivers that the road was slippery when wet, and (c) to provide an adequate barrier. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, and DYE, JJ. Taking no part: THACHER, J.

COUNTY OF ERIE, Appellant, *v.* CONTINENTAL CASUALTY COMPANY, Respondent.

Argued April 11, 1946; decided June 6, 1946.

*Edward D. Siemer* and *Ralph A. Lehr* for appellant.
*Frank Gibbons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.